UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEDMUND BLANKSCHEIN,

    Defendant.

Case No. 19-CR-143
[18 U.S.C. § 371]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning by at least May of 2013 and continuing until at least May of 2017, in the State and Eastern District of Wisconsin, and elsewhere,

**TEDMUND BLANKSCHEIN**

knowingly conspired with Albert Golant to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful functions of the Internal Revenue Service ("IRS") of the U.S. Treasury Department in the ascertainment, computation, assessment, and collection of the revenue, namely federal income taxes of the defendant and Albert Golant's luxury vehicle brokerage businesses, WI Automotive T.R.U.S.T., Lease, Registration, and Consulting LLC, and DOT Automotive of WI LLC.

    2.    To accomplish the goals of this conspiracy, Golant and Blankschein committed various overt acts in furtherance of the conspiracy, including filing and causing the filing of false federal income tax returns for WI Automotive T.R.U.S.T., Lease, Registration, and Consulting LLC, and DOT Automotive of WI LLC.

All in violation of Title 18, United States Code, Section 371.

August 13, 2019
Date

MATTHEW D. KROEGER
United States Attorney