UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
HON. Lynn Adelman, presiding

## SENTENCING MINUTES

DATE: 2/10/20
CASE NO.: 19 CR 143
UNITED STATES v. Tedmund Blankschein
United States By: Laura Kwaterski
Probation Officer: Maria Mahmoudi
Interpreter: _____ ☐ Sworn

Dep. Clerk: Julie D
Ct. Reptr.: John
Time Called: 11:20 am
Time Concluded: 12:00 pm

Deft. Tedmund Blankschein in person, and by Attorney Christopher Donovan

---

Custody of Bureau of Prisons
15 months on Count(s) 1
___ months on Count(s) ___
to run concurrently/consecutively
for a total of 15 months

Supervised Release/Probation
3 year(s) on Count(s) 1
___ year(s) on Count(s) ___

Court's recommendation to Bureau of
Prisons: Wisconsin

CONDITIONS OF SUPERVISION: 1-18

COUNT(S) DISMISSED on motion of Government: _____

FINE: $_____ on Count(s) _____.
   Terms:
   ☒ Fine waived or reduced due to defendant's inability to pay.
   ☐ Interest on fine waived.

RESTITUTION: $ 5,476,381 Payee: IRS
   Terms: $200/month, joint + several
   ☒ Interest on restitution waived.

SPECIAL ASSESSMENT: $ 100.
   ☒ To be paid immediately.
   ☐ Other:

FORFEITURE:

CUSTODY STATUS:
   ☐ Defendant remanded to custody of U.S. Marshal.
   ☐ Execution of sentence stayed until _____
   ☒ Voluntary surrender to institution.
☒ Defendant advised of right to appeal.

OTHER:

Case 2:19-cr-00143-LA   Filed 02/10/20   Page 1 of 2   Document 15

STATEMENT OF REASONS

☒ The Court adopts the factual findings and guideline application in the presentence report

or

☐ The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

| | |
|---|---|
| Total Offense Level: | 19 |
| Criminal History Category: | I |
| Imprisonment Range: | 30 to 37 months |
| Supervised Release Range: | 1 to 3 years |
| Fine Range: | $10,000 to $100,000 |

☐ The sentence is within the guideline range.

or

☐ The court departs from the guideline range
    ☐ Upon motion of the government, as a result of defendant's substantial assistance.
    ☐ For the following reason(s):

or

☐ The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).